unsealed 3/27/08 by WMC

**ORDERED SEALED BY COURT**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Mag. Case No. '08 MJ 0923 |
| | ) | |
| Plaintiff, | ) | COMPLAINT FOR VIOLATION OF |
| | ) | |
| v. | ) | Title 21, U.S.C., Sections 846/841(a) |
| | ) | CONSPIRACY TO DISTRIBUTE |
| | ) | METHAMPHETAMINE |
| HAROLD GARNER, JR. (1) | ) | |
| MONICA FLORES-GARNER (2) | ) | |
| GONZALO RAMOS (3), | ) | |
| | ) | |
| Defendants. | ) | |

The undersigned complainant being duly sworn states:

On or between May 14, 2007 and May 16, 2008, within the Southern District of California, and elsewhere defendants HAROLD GARNER, JR., MONICA FLORES-GARNER, and GONZALO RAMOS, and others, did conspire together and with others to knowingly and intentionally distribute three and more pounds of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Special Agent Thomas Lenox
Drug Enforcement Administration

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 25th DAY OF MARCH 2008.

_____
UNITED STATES MAGISTRATE JUDGE

Beginning around May 14, 2007, agents intercepted several calls between "Ramon" and defendant Harold Garner, Jr. (hereinafter "defendant Garner"), discussing the pending smuggling and distribution of methamphetamine to Gonzalo Ramos, in Rialto, California. These intercepted calls were authorized by a federal District Court Judge in San Diego.

On May 14, 2007, during the wire interceptions, Ramon told defendant Garner that his customer (later identified as Gonzalo Ramos) was willing to pay "17" ($17,000 per pound). Defendant Garner agreed to participate and arranged to pick up the methamphetamine by "Ramon." Defendant Garner then picked up the methamphetamine from Ramon, in Mexico, and arranged for Guadalupe Gonzalez-Alvarado, a courier who used rental vehicles, to smuggle five pounds of methamphetamine the next day. Ramon also provided directions and a contact number for Gonzalo Ramos in Rialto, California. After smuggling the methamphetamine, Guadalupe Gonzalez-Alvarado delivered it to Monica Flores-Garner (hereinafter "defendant Flores-Garner"). Agents observed Guadalupe Gonzalez-Alvarado walk into defendant Flores-Garner's residence in National City, California. Gonzalez-Alvarado then left. Defendant Flores-Garner told her husband, defendant Garner, that she had the stuff and then picked up defendant Garner from the border. Defendant Garner kept two pounds of methamphetamine but transported three pounds of methamphetamine to Ramos in Rialto, California.

During his trip, defendant Garner told Gonzalo Ramos during the wire interceptions that "Ramon asked me to call you, dude." Defendant Garner also asked for specific directions to his location. Agents followed defendant Garner from National City to Rialto, California, where he met with Gonzalo Ramos in the driveway. Then they enter Gonzalo Ramos' residence. Shortly thereafter, there were intercepted calls between defendant Garner and Ramon, where defendant Garner informed Ramon that Gonzalo Ramos did not have all the money and there was some confusion as to the quality and quantity of the "shit." Ramon told defendant Garner to leave "it" with them and that defendant Garner could go pick up the money the next day. Defendant Garner then left.

On May 16, 2007, at 1:30 a.m., agents executed a state search warrant and arrested Gonzalo Ramos, who had possession of approximately 3.8 pounds of methamphetamine and four cellular telephones. DEA Chemists confirmed that the substance was methamphetamine. Agents found a DC/PTT telephone (157*942*7500) inside that residence, showing that Ramos had contact with defendant Garner on May 15, 2007. Phone tolls showed that Ramon's phone contacted Ramos' phone approximately 17 times from May 13, 2007 and May 15, 2007.

Later, in August 2007, Guadalupe Gonzalez-Alvarado, defendant Garner's courier, was arrested at the Port of Entry smuggling approximately pound quantities of methamphetamine and heroin.