ORIGINAL

ORDERED SEALED BY COURT

08 MAR 26 AM 10:06

UNITED STATES DISTRICT COURT *unsealed by wmc*
SOUTHERN DISTRICT OF CALIFORNIA *on 3/27/08*

SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plantiff<br><br>      v.<br><br>**HAROLD GARNER, JR. ET AL**<br><br>                    Defendants. | Magistrate Case No. **'08 MJ 0923**<br><br>APPLICATION AND ORDER<br>SEALING ARREST WARRANT,<br>COMPLAINT AND STATEMENT<br>OF FACTS |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Sherri Walker Hobson, Assistant United States Attorney, and hereby moves this Court to seal the arrest warrant, the complaint and statement of facts. Disclosure would jeopardize the agent's abilities to arrest these defendants.

DATED: 3/25/08

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

_____
Assistant U.S. Attorney

IT IS ORDERED that the arrest warrant, the complaint and statement of facts, and this order be sealed in connection with the above-referenced case.

DATED: 3/25/08

_____
UNITED STATES MAGISTRATE JUDGE