Unsealed per order of 3/27/08

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT

**ORDERED SEALED BY COURT**

08 MAR 27 AM 9:50

UNITED STATES OF AMERICA,

v.

**WARRANT FOR ARREST**

MONICA FLORES-GARNER

BY _____ DEPUTY

CASE NUMBER: **08 MJ 0923**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST   **MONICA FLORES-GARNER** (DOB 5/4/75)

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

___ Indictment ___ Information __xxxx__ Complaint ___ Order of court ___ Violation Notice ___ Probation Violation Petition

charging him or her with (brief description of offense)

   21 UNITED STATES CODE SECTION 841/846 (CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE)

in violation of Title ___21___, United States Code, Section(s) __846 and 841__

**WILLIAM McCURINE, JR.**
Name of Issuing Officer

_United States Magistrate Judge_
Title of issuing Officer

_WMcCurineJr._ (signature)
Signature of Issuing Officer

_San Diego, CA_
Date and Location

_____
(By) Deputy Clerk

Bail Fixed at $ __Detention Request__        by _WMcCurineJr._
                                             Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| 3321 National City Blvd, #25, National City, CA |

| DATE RECEIVED 3-25-08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3-26-08 | S/A Thomas P. Lenox | Thos P L |