STEPHEN E. HOFFMAN
Attorney at Law
136 Redwood Street
San Diego, CA 92103
(619) 574-1888
California State Bar No. 90495

Attorney for Defendant
Monica Flores Garner

FILED

APR - 1 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Honorable William McCurine, Jr.)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MONICA FLORES GARNER,<br><br>    Defendant. | Case No. 08MJ0923-WMC<br><br>SUBSTITUTION OF ATTORNEYS<br>AND ORDER THEREON |

Defendant Monica Flores Garner hereby substitutes Stephen E. Hoffman, 136 Redwood Street, San Diego California 92103 (619) 574-1888 as her attorney of record, in place of attorney Martin Molina.

Dated: 4-1-08

_____
Monica Flores Garner
Defendant

Dated: 4-1-08

_____
Stephen E. Hoffman
Attorney at Law

Dated: April 1, 2008

_____
Martin Molina
Attorney at Law