| | |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | SHERRI W. HOBSON |
|   | Assistant U.S. Attorney |
| 3 | California State Bar No. 142947 |
|   | Federal Office Building |
| 4 | 880 Front Street, Room 6293 |
|   | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-5027/(619) 557-3445 (fax) |
|   | Email: sherri.hobson@usdoj.gov |
| 6 | |
|   | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08mj0923 |
|  | ) |  |
| Plaintiff, | ) | NOTICE OF APPEARANCE |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| HAROLD GARNER, JR. (1), | ) |  |
| MONICA FLORES-GARNER (2), | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

| Name | Cal. Bar No. | Telephone No. | Email Address |
|---|---|---|---|

1   Please call me if you have any questions about this notice.

2   DATED: April 10, 2008.

3                                              Respectfully submitted,

4                                              KAREN P. HEWITT
                                               United States Attorney
5
                                               s/Sherri W. Hobson
6

7                                              _____
                                               SHERRI W. HOBSON
                                               Assistant United States Attorney
8                                              Attorneys for Plaintiff
                                               United States of America
9                                              Email: sherri.hobson@usdoj.gov

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
    Notice of Appearance
28  United States v. Harold Garner, Jr., et al.     2                              08mj0923

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08mj0923 |
| Plaintiff, | |
| v. | |
| | CERTIFICATE OF SERVICE |
| HAROLD GARNER, JR. (1), | |
| MONICA FLORES-GARNER (2), | |
| Defendants. | |

IT IS HEREBY CERTIFIED THAT:

    I, Sherri W. Hobson, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of Notice of Appearance on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**Stephen Edward Hoffman, Esq.**
**Howard B. Frank, Esq.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 10, 2008.

                                            s/ Sherri W. Hobson
                                            SHERRI W. HOBSON